**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jazzmyne DUNLAP, Defendant–
Appellant.**

**No. 11–11142
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 26, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jazzmyne Dunlap has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Dunlap has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.